SARAH COOK, Respondent, *v.* JOSEPH WHITE, Appellant.
JAMES CONROY et al., Respondents.

Reported below, 43 App. Div. 388.
(Argued January 7, 1901; decided January 15, 1901.)

MOTION to open default for failure to file the return on appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 13, 1899, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*John T. Norton* for motion.

*John R. Kuhn* opposed.

Motion granted, without costs.